# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERICK MARQUIS BROWN,
Petitioner,
vs.
SUPREME COURT OF NEVADA; AND
D. RICHARDS, DEPUTY CLERK,
Respondents.

No. 75753

FILED

JUL 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original pro se petition for a writ of mandamus challenges the respondent deputy clerk's decision to return unfiled a petition for rehearing of an order denying a motion to recall the remittitur in *Brown v. State*, Docket No. 47856. Having reviewed the documents before this court, we decline to exercise our original jurisdiction. *See* NRS 34.160; *State v. Eighth Judicial Dist. Court*, 127 Nev. 927, 931, 267 P.3d 777, 779-80 (2011) ("[T]he decision to entertain an extraordinary writ petition lies within our discretion."). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Erick Marquis Brown
       Attorney General/Carson City

18-27682